IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01113-WYD-KLM

ERIC ADAM KISSKALT,

    Plaintiff,

v.

ADAM FOWLER, in his individual capacity,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Defendant's **Motion for Entry of Opposed Motion and Protective Order** [Docket No. 12; Filed August 2, 2013] (the "Motion") and the parties' **Partially Stipulated Motion and Protective Order** [#12-1; Filed August 2, 2013] (the "Protective Order"). In the Motion, Defendant explains that the parties stipulate to entry the Protective Order except for paragraph 15. *Motion* [#12] at 2; *see also Protective Order* [#12-1] at 1 n.1 . Defendant requests that the Court enter the Protective Order and resolve the disputed language in paragraph 15 of the Protective Order. *Id.* The Court has reviewed the disputed portion of the Protective Order and the parties' explanation of their positions with regard to the period for which counsel shall retain Confidential Information.

    IT IS HEREBY **ORDERED** that the Motion [#12] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#12-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: August 5, 2013