IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01113-WYD-KLM

ERIC ADAM KISSKALT,

      Plaintiff,

v.

ADAM FOWLER, in his individual capacity,

      Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on **Plaintiff's <u>Unopposed</u> Motion to Modify Scheduling Order to Extend Expert Disclosure Deadlines** [#25][1] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#25] is **GRANTED**.  The Scheduling Order entered on August 19, 2013 [#18] is amended to extend the following deadlines:

| | | |
|---|---|---|
| • | Affirmative Expert Disclosure Deadline | **February 24, 2014** |
| • | Rebuttal Expert Disclosure Deadline | **March 24, 2014** |

Dated:  February 7, 2014

---

[1]  "[#25]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  The Court uses this convention throughout this Minute Order.