IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-01113-WYD-KLM

ERIC ADAM KISSKALT,

      Plaintiff,

v.

ADAM FOWLER, in his individual capacity,

      Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order on Summary Judgment, filed on November 21, 2014, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendant, Adam Fowler, in his individual capacity, and against Plaintiff, Eric Adam Kisskalt, on Defendant's Motion for Summary Judgment [ECF Doc. No. 144].  It is further

ORDERED that plaintiff's complaint and action are dismissed with prejudice.  It is further

ORDERED that Defendant shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this <u>21st</u> day of November, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


<u>/s/ Robert R. Keech</u>
Robert R. Keech,
Deputy Clerk